```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :      ORDER OF CONTINUANCE
                                  :
        - v. -                    :
                                  :      19 Mag. 118
LUIS GARCIA,                      :
                                  :
                Defendant.        :
                                  :
- - - - - - - - - - - - - - - - - x
```

☐ ORIGINAL

Upon the application of the United States of America and the affirmation of Justin V. Rodriguez, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating Title 21, United States Code, Section 846 in a complaint dated January 4, 2019, and was arrested on January 8, 2019;

It is further found that the defendant was presented on January 8, 2019, before United States Magistrate Judge Katharine H. Parker in the Southern District of New York, and released on bail;

It is further found that Ian Marcus Amelkin, Esq., counsel for defendant, and Assistant United States Attorneys Justin V. Rodriguez and Sheb Swett have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with

counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until March 13, 2019, and that a copy of this Order and the affirmation of Assistant United States Attorney Justin V. Rodriguez be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated:  New York, New York
        February 11, 2019

_____
THE HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK