# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **19-MJ-00118**　　　　　　　　　Date **9/8/2020**
USAO No. **2018R00803**

The Government respectfully requests the Court to dismiss without prejudice the

☑ Complaint　　　　☐ Removal Proceedings in

*United States v.* **LUIS GARCIA**

The Complaint/Rule 40 Affidavit was filed on **1/4/2019**

☑ *U.S. Marshals please withdraw warrant*

**JUSTIN RODRIGUEZ** Digitally signed by JUSTIN RODRIGUEZ
Date: 2020.09.08 13:31:52 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Katharine H. Parker**
(print name if signature handwritten)

**SO ORDERED:**
DATE: **09/11/2020**

*[signature: Katharine H. Parker]*

UNITED STATES MAGISTRATE JUDGE

---

Distribution: Court; U.S. Marshals; Pretrial Services; AUSA　　　　2020.07.13